AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Mar 29, 2023
SEAN F. McAVOY, CLERK

| | |
|---|---|
| FRANCE L. MATHISON, <br> *Plaintiff* <br> v. <br> UNITED STATES OF AMERICA, <br> *Defendant* | ) ) ) ) ) <br> Civil Action No. 2:22-CV-0194-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment is hereby entered in favor of the plaintiff, France L. Mathison, and against the defendant, the United States of America, for a refund of federal income tax in the amount of $224,379.00 plus statutory overpayment interest computed under Title 26 of the U.S.C., Subtitle F, Chapter 67, for the period beginning April 15, 2018, and ending on the date of payment.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE on the parties' Stipulated Motion for Entry of Judgment. ECF No. 10.

Date: March 29, 2023

CLERK OF COURT

SEAN F. McAVOY

*s/ B. Fortenberry*
*(By) Deputy Clerk*
B. Fortenberry